**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:     415/981-9788
Facsimile:      415/981-9798
Email:            RogersRMR@aol.com

Attorneys for Plaintiff
**ELVA RODRIGUEZ**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVA RODRIGUEZ, | **Case No.:  C09-00731 CW [ECF]** |
| Plaintiff, | Case filed:            02/18/09 |
| v. | Trial date:             10/04/10 |
| JOHN MUIR MEDICAL CENTER, | **STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER** |
| Defendant. | |

1.      On August 5, 2010, Defendant John Muir Medical Center's Motion for Summary Judgment came for hearing before this Court. After hearing the arguments of counsel for both parties, the Court took the motion under submission.

2.      Previously, in its scheduling order of March 30, 2010, the Court set August 20, 2010 as the deadline for the parties to disclose the identities and reports of expert witnesses.

3.      Since the decision on Defendant's Motion for Summary Judgment is still pending, through their undersigned counsel, Defendant and Plaintiff Elva Rodriguez hereby stipulate and agree to continue the date for disclosure of expert witness identities and reports until September 17, 2010.

4.      No other time modifications by stipulation have been requested in this matter. No time modifications have been ordered by the Court.

5.      The only effect of this request on the schedule for the case would be to postpone expert disclosure  This stipulation would not impact the current trial schedule or any other deadlines.

//

//

6. Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the Stipulation, pursuant to Civil L.R. 6-2 and enter an Order thereupon.

Respectfully submitted,

Dated:_____  LAW OFFICE OF RICHARD M. ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:_____  MUSICK PEELER & GARRETT

By:_____
DAVID M. LESTER
Attorneys for Defendant

IT IS HEREBY ORDERED.

Dated: 8/24/2010   By: *[signature]*

JUDGE OF THE U.S. DISTRICT COURT