**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA  94104
Telephone:	415/981-9788
Facsimile:	415/981-9798
Email:		RogersRMR@aol.com

Attorneys for Plaintiff
**ELVA RODRIGUEZ**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVA RODRIGUEZ, | Case No.:  C09-00731 CW [ECF] |
| Plaintiff, | Case filed:	02/18/09 |
| v. | Trial date:	TBA |
| JOHN MUIR MEDICAL CENTER, | **ORDER APPROVING SUBSTITUTION OF ATTORNEYS** |
| Defendant. | |

Plaintiff Rodriguez having filed a Substitution of Attorneys, IT IS HEREBY ORDERED that the Substitution of Attorneys is approved.

Dated: 10/5/2010                    By: [signature]

JUDGE OF THE U.S. DISTRICT COURT